# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| PENNSYLVANIA ENVIRONMENTAL DEFENSE FOUNDATION, | : No. 111 MAP 2022 |
| | : |
| | : Appeal from the Order of the |
| Appellant | : Commonwealth Court at No. 447 |
| | : MD 2021 dated November 8, 2022 |
| | : |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA; | : |
| THE PENNSYLVANIA HOUSE OF | : |
| REPRESENTATIVES AND JOANNA E. | : |
| MCCLINTON, IN HER OFFICIAL | : |
| CAPACITY AS ITS SPEAKER; THE | : |
| PENNSYLVANIA SENATE AND KIM | : |
| WARD, IN HER OFFICIAL CAPACITY AS | : |
| THE SENATE PRESIDENT PRO | : |
| TEMPORE; AND JOSH SHAPIRO, IN HIS | : |
| OFFICIAL CAPACITY AS GOVERNOR OF | : |
| PENNSYLVANIA, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**                                    **DECIDED:** November 22, 2023

    **AND NOW,** this 22nd day of November, 2023, the order of the Commonwealth Court is **AFFIRMED**.